**Reyna MACIAS, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–70228.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 9, 2010.

Karla L. Kraus, Esquire, Kraus Law Corporation, San Diego, CA, for Petitioner.

Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jennifer L. Lightbody, Esquire, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Reyna Macias, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand for further proceedings.

The BIA concluded that Macias's conviction for being under the influence of a controlled substance pursuant to Cal. Health & Safety Code § 11550 rendered her ineligible for relief from removal. The BIA, however, did not have the benefit of our intervening decision in *Rice v. Holder*, 597 F.3d 952, 957 (9th Cir.2010), which held that an individual convicted in state court of using or being under the influence of a controlled substance and whose conviction is subsequently expunged is eligible for the same immigration treatment as individuals convicted of drug possession under the Federal First Offender Act.

We therefore remand for the BIA to reconsider Macias's eligibility for relief from removal. *See generally INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

